```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

RONALD DEERING,                )  CASE NO. CV 08-7180-DOC (PJW)
                               )
          Plaintiff,           )
                               )  J U D G M E N T
     v.                        )
                               )
SHERIFF BOB BROOKS, et al.,    )
                               )
          Defendants.          )
_____)
```

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   April 8, 2010 .

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Deering-judgment.wpd